**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - COLUMBUS**

SONYA E. SCHAUB,

Plaintiff,

vs.

WELLS FARGO BANK, N.A.
CENTRAL CREDIT SERVICES, INC.
and STEVE KING,

Defendants.

CASE NO. 2:08-cv-1007

Judge ____________________
Magistrate Judge _______________

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) and (c)**
**(FEDERAL QUESTION)**

PLEASE TAKE NOTICE that Defendant Central Credit Services, Inc. ("CCS") and Steve King ("King") hereby removes to this Court the state court action described below.

1. On September 19, 2008, Plaintiff Sonya E. Schaub ("Plaintiff") commenced an action in the Franklin County Municipal Court, State of Ohio, entitled and captioned: *Sonya E. Schaub v. Wells Fargo Bank, N.A., Central Credit Services, Inc. and Steve King.* A copy of the summons and complaint received by CCS and King is attached and marked as Exhibit "A".

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by CCS and King pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in

that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. The underlying action was mailed via certified mail to CCS and King, postmarked September 19, 2008 and received September 25, 2008. This removal is timely pursuant to 28 U.S.C. § 1446(b). A copy of the state court docket is attached and marked as Exhibit "B".

4. Defendants CCS and King have also timely served their answer in the state court action, a copy of which is attached and marked as Exhibit "C".

5. A review of the attached state court docket indicates that plaintiff filed a request for production of documents, although defendants CCS and King have not been served with such discovery documents and therefore cannot attach a copy hereto. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

6. Wells Fargo Bank, N.A. ("Wells Fargo") has not joined in the removal of this matter. As per Exhibit "B", Wells Fargo has not been served yet. Moreover, this matter is removable under 28 U.S.C. § 1441(c) in that the claim under which federal question jurisdiction is derived is only directed at CCS and King, not Wells Fargo. Accordingly, as Wells Fargo has not been served and the claim based upon the federal statute is not directed to Wells Fargo, it need not consent to this removal.

7. As required by 28 U.S.C. § 1446(d), CCS and King will give notice of the filing of this notice to the Plaintiff and to the clerk of the Franklin County Municipal Court, State of Ohio, where the action is currently pending.

WHEREFORE, defendants CCS and King respectfully request that the above captioned matter currently pending in the Franklin County Municipal Court, State of Ohio, be removed to this Honorable Court.

DATED this 27th day of October, 2008.

Of Counsel:

Cors & Bassett, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202-3578

Respectfully submitted:

/s/ Kevin R. Feazell
Kevin R. Feazell (#0059634)
Jesse R. Lipcius (#0078274)
537 East Pete Rose Way
Suite 400
Cincinnati, OH 45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com
jrl@corsbassett.com

Trial Attorneys for Defendant Central Credit Services, Inc. and Steve King

## CERTIFICATE OF SERVICE

The undersigned further certifies that a true copy of the foregoing Notice of Removal was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 27th day of October, 2008, properly addressed as follows:

Karen N. Thompson, Esq.
3783 Broadway
Grove City, OH 43123

Wells Fargo Bank, N.A.
1595 Spruce Street
Riverside, CA 92507

/s/ Kevin R. Feazell

323354.2