FRANKLIN COUNTY MUNICIPAL COURT
CLERK OF COURT, 3RD FLOOR
375 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

**SUMMONS**

**DATE: September 19, 2008**

SEP 25 2008
By 414316 4

TO THE FOLLOWING NAMED DEFENDANT:

CASE NO: **2008 CVF 042863**

**STEVE KING**
**%CENTRAL CREDIT SERVICES**
**9550 REGENCY SQUARE BLVD STE #600**
**JACKSONVILLE FL 32225**

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY MUNICIPAL COURT BY THE PLAINTIFF(S)

**SONYA E SCHAUB 2611 QUEENSWAY GROVE CITY OH 43123**

THE NAME AND ADDRESS OF THE ATTORNEY FOR THE PLAINTIFF IS:

**KAREN N THOMPSON**
**3783 BROADWAY GROVE CITY OH 43123**

* * * A COPY OF THE COMPLAINT IS ATTACHED TO THIS SUMMONS * * *

**YOU MUST RESPOND TO THE COMPLAINT IN WRITING. IF YOU DO NOT, NO HEARING WILL BE SET AND A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU.**

**IN ORDER TO RESPOND TO THE COMPLAINT, YOU MUST DO THREE THINGS:**

**1. PREPARE A WRITTEN ANSWER OR MOTION AND SEND A COPY OF YOUR ANSWER OR MOTION TO THE PLAINTIFF'S ATTORNEY (OR TO THE PLAINTIFF, IF THE PLAINTIFF HAS NO ATTORNEY). THIS MUST BE DONE WITHIN 28 DAYS AFTER THIS SUMMONS WAS SERVED ON YOU.**

**2. FILE YOUR ANSWER OR MOTION WITH THE CLERK OF THIS COURT NO LATER THAN 3 DAYS AFTER YOU SEND A COPY OF YOUR ANSWER OR MOTION TO THE PLAINTIFF'S LAWYER OR THE PLAINTIFF.**

**3. INCLUDE WITH YOUR ANSWER OR MOTION, OR WITH ANY DOCUMENT YOU FILE WITH THE CLERK OF COURT, A STATEMENT SIGNED BY YOU THAT STATES THAT YOU SENT A COPY OF WHAT YOU FILED TO THE PLAINTIFF'S ATTORNEY (OR TO THE PLAINTIFF, IF THE PLAINTIFF HAS NO ATTORNEY), THE DATE YOU SENT IT, AND HOW IT WAS SENT. THIS STATEMENT IS CALLED A *CERTIFICATE OF SERVICE*. THE STATEMENT MAY BE AT THE END OF YOUR DOCUMENT OR ON A SEPARATE SHEET OF PAPER. [ A SAMPLE *CERTIFICATE OF SERVICE* IS ATTACHED [ ON THE BACK OF THIS SUMMONS.]**

LORI M. TYACK, CLERK OF COURT
BY: P W DEPUTY CLERK

C000581860

THE DEFENDANT SHOULD DISREGARD THIS SECTION. IT IS FOR BAILIFF'S USE ONLY.

I RECEIVED THIS SUMMONS ON _____ _____ _____ AT _____ _____ .M.; AND WITH REGARD TO MAKING SERVICE UPON THE DEFENDANT

( ) I LOCATED HIM AND TENDERED A COPY OF SUMMONS AND ACCOMPANYING DOCUMENTS. DATE OF PERSONAL SERVICE: _____ _____ _____

( ) I LEFT AT HIS USUAL PLACE OF RESIDENCE WITH A PERSON OF SUITABLE AGE AND DISCRETION THIS RESIDING THEREIN, A COPY OF THE SUMMONS, A COPY OF THE COMPLAINT, AND ACCOMPANYING DOCUMENTS.
DATE OF RESIDENCE SERVICE: ___ _____ _____ _____

( ) I WAS UNABLE TO SERVE A COPY OF THE SUMMONS UPON THE DEFENDANT FOR THE FOLLOWING REASONS:

DATE___ _____ _____ BY___ _____ _____ _____ _____ SERVICE BAILIFF

GENSUM.FRM

EXHIBIT
A

***SAMPLE PROOF OF SERVICE***

# CERTIFICATE OF SERVICE

**I certify that a copy of this document was mailed to:**

______________________________________________
*Name of Opposing Party's Attorney (or Opposing Party if there is no attorney)*

**by regular United States Mail to:**

______________________________________________
*Street Address*

______________________________________________
*City, State, Zip Code*

**on** ______________________.
*Date*

______________________________
*Signature*

______________________________
*Print Name*

______________________________
*Street Date*

______________________________
*City, State and Zip Code*

IN THE FRANKLIN COUNTY MUNICIPAL COURT
COLUMBUS, OHIO

SONYA E. SCHAUB
2611 QUEENSWAY
GROVE CITY, OHIO 43123
PLAINTIFF'S

V.

CASE NO.
JUDGE:

WELLS FARGO BANK, N.A
1595 SPRUCE ST
RIVERSIDE, CA 92507
AND
CENTRAL CREDIT SERVICES, Inc.
9550 REGENCY SQUARE BLVD. STE#600
JACKSONVILLE, FLORIDA 32225
AND
STEVE KING
c/o: CENTRAL CREDIT SERVICES
9550 REGENCY SQUARE BLVD, STE#600
JACKSONVILLE, FLORIDA 32225
DEFENDANTS

COMPLAINT

FIRST CAUSE OF ACTION

1. Plaintiff's are person's living at stated address at all times herein

2. Plaintiff's say that defendant, Central Credit Services, is a debt collector, as defined by 15 U.S.C. 1692 (a)(6).

3. Plaintiff's say that, Steve King, is an employee of Central Credit Services as a debt collector.

4. Plaintiff's say that, on or about September 11,2008 the defendant, Steve King employee of Central Credit Services, called the plaintiff, Sonya Schaub, at her place of employment two times early that morning. Each time Mr. King screamed at her that she owed money to Wells Fargo Bank and threatened that he was going to take her to Court. Furthermore, Plaintiff says that same date, September 11,2008 early that morning Mr. King called Ms. Schaub's cell phone twice. Each time he threaten that he was going to take her to court.

5. Such statements made by Mr. King were false and misleading and lead plaintiff to believe that such action was imminent, thereby violating 15 USC 1692e(5).

6. Such actions by Mr. King, calling plaintiff's place of employment twice and calling plaintiff's cell phone twice in the same day, was conduct used to harass, oppress and abuse the plaintiff in connection with the collection of a debt, thereby violating 15 USC 1692d(2).

7. Plaintiff says that she suffered embarrassment, emotional distress and inconvenience, all to her damage in sum of $3500.00.

SECOND CAUSE OF ACTION

8. Plaintiff incorporates all the allegations in it's First Cause of Action as fully re-written herein.

9. Plaintiff says that the alleged debt owed to Wells Fargo Bank is a result of a mortgage placed on the premises know as 3917 Irwin Ave. Grove City, Ohio.

10. Plaintiff's say that property at 3917 Irwin Ave. Grove City Ohio was foreclosed upon in The Court of Common Pleas, Franklin County, Ohio being Case # 08CVE 01 0817. Copy of Foreclosure Entry attached hereto as Exhibit "A".

11. Plaintiff says that the defendant, Wells Fargo, failed to appear or answer and set up it's right to the amount owed and that defendant, Wells Fargo, was found in Default, see copy of Entry attached hereto as Exhibit "A", and therefore is estopped from collecting their debt.

12. Plaintiff says that there is no money due Wells Fargo and that they continue to send the alleged debt to collection agencies for collection.

13. Plaintiff says that she has been inconvenienced by defendant's actions, that Wells Fargo, knew or should have know, that the debt was not valid, and that plaintiff has suffered embarrassment and emotional distress all to her damage in sum of $3,500.00 .

Wherefore, plaintiff prays judgment in it's First Cause of Action, against defendants,Central Credit Servies, and Steve King, both jointly and severally, for Statutory Damages in sum of $1,000.00, actual damages in sum of $3500.00 plus Attorney Fees; and judgment in it's Second Cause of Action against defendant, Wells Fargo Bank, in sum of $3500.00 plus costs and such other relief that is just and proper.

KAREN N. THOMPSON, LLC
KAREN N. THOMPSON 0078708
3783 BROADWAY
GROVE CITY, OHIO 43123
614-539-1480

200802004
(cr)

COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| Chase Home Finance, LLC<br>Plaintiff,<br><br>-vs-<br><br>Sonya E. Schaub, et al<br><br>Defendants. | Case No. 08CVE 01 0817<br><br>Judge Michael Holbrook<br><br>MOTION FOR DEFAULT JUDGMENT OF THE PLAINTIFF CHASE HOME FINANCE, LLC |

Now comes the plaintiff, Chase Home Finance, LLC, and moves the Court for a Default Judgment and Decree in Foreclosure in its favor for the relief prayed for in its Complaint on the grounds that the defendant, Wells Fargo Bank, N.A., has been duly served with a copy of the Summons and Complaint and are in default of motion or answer. This Motion is made pursuant to Rule 55 of the Ohio Rules of Civil Procedure.

Respectfully submitted,

Mallory A. Johnson, Trial Counsel
Ohio Supreme Court Reg. #0082567
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
attyemail@lsrlaw.com

D7806 - C96

TERMINATION NO ___
BY: ___

20C802004
(cr)

COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| Chase Home Finance, LLC<br><br>Plaintiff,<br><br>-vs-<br><br>Sonya E. Schaub, et al<br><br>Defendants. | Case No. 08CVE 01 0817<br><br>Judge Michael Holbrook<br><br>AGREED JUDGMENT AND DECREE IN FORECLOSURE OF THE PLAINTIFF CHASE HOME FINANCE, LLC |

This matter is before the Court on the Motion for Default of the plaintiff, to obtain judgment upon the Note as described in the Complaint; and to foreclose the lien of the Mortgage securing the obligation of such Note upon the real estate described herein; and to require all parties to set up their claims to the real estate or be barred.

The Court finds that all necessary parties have been properly served, are properly before the Court, and that the defendant, Wells Fargo Bank, N.A., is in default of Motion or Answer. The Court further finds that the defendant, Sonya E. Schaub, hereby consents and agrees with the terms and conditions contained herein.

The Court finds that based upon returns of service, the defendant, Jonn Doe, name unknown, spouse of Sonya E. Schaub, does not exist and is hereby dismissed as a party defendant.

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2008 APR -4 PM 2:15
CLERK OF COURTS-CV

LSR200802004D278P1500C9

(6)

a

D7806 - C97

The Court finds that the allegations contained in the Complaint are true and that there is due and owing to the plaintiff, upon the subject Note the principal balance of $109,005.27, for which amount judgment is hereby rendered in favor of the plaintiff, with interest at the rate of 7.3750 percent per annum from September 1, 2007, together with advances for taxes, insurance and otherwise expended, plus costs.

The Court further finds that through agreement of the parties, the defendant, Sonya E. Schaub, agrees to the judgment and decree in foreclosure as to the subject property and in turn the Plaintiff waives its rights to seek a deficiency judgment against the defendant and proceeds with this judgment in rem.

The Court finds that the Note is secured by the Mortgage held by the plaintiff, which mortgage constitutes a valid and first lien upon the following described premises:

See Exhibit "A"

The Court finds that the Mortgage was filed for record on February 7, 2007, in Mortgage Volume 200702070023161 of this County's Recorder's Office; that the conditions of said Mortgage have been broken and plaintiff is entitled to have the equity of redemption of the defendant-titleholders foreclosed.

The Court finds that the defendant, Franklin County Treasurer, has an interest in the real estate which is the

D7806 - C98

subject of this action, which interest is senior in priority to plaintiff's interest as hereinabove set forth.

IT IS THEREFORE, ORDERED that unless the sums hereinabove found to be due to plaintiff, and the costs of this action, be fully paid within three (3) days from the date of the entry of this decree, the equity of redemption of the defendant-titleholders in said real estate shall be foreclosed and the real estate sold, free of the interests of all parties herein, and an order of sale shall issue to the Sheriff of this County, directing him to appraise, advertise and sell said real estate, according to law and the orders of this Court, and report his proceedings to this Court.

IT IS FURTHER ORDERED that the Sheriff shall send counsel for the party requesting the Order of Sale a copy of the publication notice promptly upon its first publication.

IT IS FURTHER ORDERED that the Sheriff, upon confirmation of said sale, shall pay from the proceeds of said sale, upon the claims herein found, the amounts thereof in the following order of priority:

1. To the Clerk of this Court, the costs of this action, including the fees of appraisers.

06 - C99

2. To the Treasurer of this County, the taxes and assessments, due and payable as of the date of transfer of the property after Sheriff's Sale.

3. To the plaintiff, the sum of $109,005.27, with interest at the rate of 7.3750 percent per annum from September 1, 2007, together with advances for taxes, insurance and otherwise expended, plus costs.

4. The balance of the sale proceeds, if any, shall be paid by the Sheriff to the Clerk of this Court to await further orders of this Court.

The Court further finds that there is no just reason for delay.

JUDGE

Mallory A. Johnson, Trial Counsel
Ohio Supreme Court Reg. #0082567
LERNER, SAMPSON & ROTHFUSS
Attorneys for Plaintiff
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
attyemail@lsrlaw.com

approved via fax - see attached
Karen N. Thompson
Attorney for Sonya Schaub

D7806 - D1

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

Situated in the State of Ohio, County of Franklin and in the City of Grove City.

Being Lot Number One Hundred Sixty-five (165), of Jackson Homes Subdivision, as the same is numbered and delineated upon the recorded plat thereof of record in Plat Book 27, page 21, Recorder's Office, Franklin County, Ohio.

Parcel Number:040-001925

**PROPERTY ADDRESS:**
**3917 IRWIN AVENUE**
**GROVE CITY, OH 43123**